*CLERK'S OFFICE U.S. DIST. COURT*
*AT CHARLOTTESVILLE, VA*
*FILED*

*MAR 10 2008*

*JOHN F. CORCORAN, CLERK*
*BY: /s/ DEPUTY CLERK*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| PATRICK WILLIAM PIERCE, II,<br><br>*Plaintiff,*<br><br>v.<br><br>MOHAMED NILAMDEEN,<br><br>*Defendant.* | CIVIL NO. 3:08mc-00007<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

This matter is before the Court on Plaintiff's Application to Proceed Without Prepayment of Fees and Affidavit, filed March 10, 2008. For the reasons stated in the accompanying Memorandum Opinion:

(1) Plaintiff's case is hereby DISMISSED WITHOUT PREJUDICE, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and

(2) the Clerk of the Court is hereby ordered to STRIKE this case from the docket of the Court.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all parties.

Entered this 10th day of March, 2008.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE